STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.

0 Valuation of Security        0 Assumption of Executory Contract or Unexpired Lease    0 Lien Avoidance

**Last revised: November 14, 2023**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**District of New Jersey**

In Re:      **Dawn M. DeLorenzo**                              Case No..:              **26-12739**
                                                                              Judge:                    **ABA**
                                    Debtor(s)

**CHAPTER 13 PLAN AND MOTIONS**

☑ Original                          ☐ Modified/Notice Required        Date:    **June 8, 2026**
☐ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT  LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☐ 7c.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a/ ☐ 7b/ ☐ 7c

Initial Debtor(s)' Attorney    **/s/** TGE          Initial Debtor:    **/s/ DMD**          Initial Co-Debtor

**Part 1:  Payment and Length of Plan**

a. The debtor shall pay to the Chapter 13 Trustee **$2,662.00** monthly for **3** months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then **$ 3,394.00** per month for **57** months for a total of **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:
- ☐ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor: _____    Initial Co-Debtor: _____

## Part 2:  Adequate Protection       X  NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor). (Adequate protection payments to be commenced upon order of the Court.)

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| **McDowell Law PC** | **Attorney Fee** | **$4,500.00** |
| DOMESTIC SUPPORT OBLIGATION | | -NONE- |
| **Department of Treasury - IRS - POC 6** | **Priority Taxes -** **\*pending workout Order** | **\*$66,038.96** |
| **State of New Jersey - POC 9** | **Priority Taxes** | **$283.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
- ☑ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 4: Secured Claims

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| **MidFirst Bank - POC 18** | **25 Pump Branch Rd. Berlin, NJ 08009** | **$5,676.46** | **0%** | **$5,676.46** | **per contract** |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| | | | | | |

c. **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
| | | | | |

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of

the allowed secured claim shall discharge the corresponding lien.

 **e.**  **Surrender** ☑ **NONE**

   Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following
collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

 **f.**  **Secured Claims Unaffected by the Plan** ☐ **NONE**

   The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| **US Department of Housing and Urban Development - POC 1** | **25 Pump Branch Rd. Berlin, NJ 08009** |
| | |

 **g.**  **Secured Claims to be Paid in Full Through the Plan:** ☐ **NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
| **Department of Treasury - IRS - POC 6** | **25 Pump Branch Rd. Berlin, NJ 08009** | **$84,373.68** | **included** | **$84,373.68** |
| **State of New Jersey Division of Taxation - POC 9** | **25 Pump Branch Rd. Berlin, NJ 08009** | **$19,503.25** | **included** | **$19,503.25** |
| **Twp. of Winslow - POC 5** | **25 Pump Branch Rd. Berlin, NJ 08009** | **$152.57** | **included** | **$152.57** |
| **CCMUA** | **25 Pump Branch Rd. Berlin, NJ 08009** | **$742.42** | **tbd** | **$742.42** |
| | | | | |

**Part 5:  Unsecured Claims**    **NONE**

 **a.**  **Not separately classified** allowed non-priority unsecured claims shall be paid:

   ☐  Not less than $____ to be distributed *pro rata*

   ☐  Not less than ___ percent

   ☑  *Pro Rata* distribution from any remaining funds

 **b.**  **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis for Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| | | | |

**Part 6:  Executory Contracts and Unexpired Leases**   **X** **NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
| | | | | |

**Part 7:  Motions**        **NONE**

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of**
**Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

    **a.**    **Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☑ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

    **b**.    **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ☑ NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

    **c**.    **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.  ☐ NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

    d.    Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

**Part 8:  Other Plan Provisions**
    **a.**    **Vesting of Property of the Estate**

☑ Upon Confirmation
☐ Upon Discharge

**b.    Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay**.**

**c.    Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1)   Chapter 13 Standing Trustee Fees, upon receipt of funds
2)   **Other Administrative Claims**
3)   **Secured Claims**
4)   **Lease Arrearages**
5)   **Priority Claims**
6)   **General Unsecured Claims**

**d.    Post-Petition Claims**

The Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:  Modification            NONE**

NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: **6-8-2026**.

Explain below **why** the plan is being modified:
      **To include filed POCs and to account for a pending workout Order with the IRS.**

Are Schedules I and J being filed simultaneously with this Modified Plan?            ☐ Yes            ☑ No

**Part 10 :  Non-Standard Provision(s): Signatures Required**
      Non-Standard Provisions Requiring Separate Signatures:
      ☑ NONE
      ☐ Explain here:
      Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date:   **June 8, 2026**                              **/s/ Dawn M. DeLorenzo**
                                                                **Dawn M. DeLorenzo**
                                                                Debtor

Date:   _____

Case 26-12739-ABA    Doc 23    Filed 06/12/26    Entered 06/13/26 00:18:53    Desc Imaged
Certificate of Notice    Page 7 of 12

Joint Debtor

Date    **June 8, 2026**                          **/s/ Thomas G. Egner, Esq.**

**Thomas G. Egner, Esq.**
Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 26-12739-ABA

Dawn M. DeLorenzo | Chapter 13

　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 5

Date Rcvd: Jun 10, 2026 | Form ID: pdf901 | Total Noticed: 80

The following symbols are used throughout this certificate:

**Symbol** | **Definition**

+ | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn M. DeLorenzo, 25 Pump Branch Rd., Berlin, NJ 08009-9634 |
| 521030606 | + | Citibank c/o, Midland Credit Mgmt, 350 Camino De La reina, Suite 100, San Diego, CA 92108-3007 |
| 521030612 | + | Diagnostic Pathology Consultants, 520 E 22nd St., Lombard, IL 60148-6110 |
| 521030613 | + | Dominick Lombardo, 217 Wayne Ave, Cinnaminson, NJ 08077-3842 |
| 521030619 | + | FBCS, 330 S Warminster Road, Suite 353, Hatboro, PA 19040-3433 |
| 521030622 | + | Goldman & Warshaw, PC, PO Box 2500, Caldwell, NJ 07007-2500 |
| 521043428 | | Jefferson Capital Systems LLC, PO Box 7999 St. Cloud MN 56302-9617 |
| 521030631 | + | Lyons, Doughty & Veldhuis, PC, Attn: Lauren Linker Keating, Esq., 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 521030635 | + | Mohammed Nur-E-Kamal, c/o Bond & Posluszny, Esq., 463 Washington Ave., Piscataway, NJ 08854-1552 |
| 521030642 | + | Precision Auto, 236 N. Route 73, Berlin, NJ 08009-9645 |
| 521030650 | + | Richard J. Simon, LLC, Simon Professional Plaza, 142 Livingston Avenue, New Brunswick, NJ 08901-3087 |
| 521030655 | + | TD Bank USA, NA, Attn Weinstein & Riley, P.S., 749 Gateway, Suite G-601, Abilene, TX 79602-1196 |
| 521030656 | + | Thrift Investment Corporation, c/o Richard J. Simon, LLC, Simon Professional Plaza, 142 Livingston Ave., New Brunswick, NJ 08901-3087 |
| 521034178 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 521030659 | + | US Department of Housing and Urban Devel, 451 Seventh Street, Washington, DC 20410-0001 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2026 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2026 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521030600 | ^ | MEBN | Jun 10 2026 20:54:03 | ARS Account Resolution Services, PO Box 459079, Fort Lauderdale, FL 33345-9079 |
| 521030597 | ^ | MEBN | Jun 10 2026 20:54:04 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 521030598 | ^ | MEBN | Jun 10 2026 20:53:59 | American Coradius Internat'l, LLC, 2420 Sweet Home Rd., Suite 150, Amherest, NY 14228-2244 |
| 521075329 | | Email/PDF: bncnotices@becket-lee.com | Jun 10 2026 21:11:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521030599 | + | Email/PDF: bncnotices@becket-lee.com | Jun 10 2026 21:11:30 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 521030601 | + | Email/PDF: bncnotices@becket-lee.com | Jun 10 2026 21:11:58 | Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 521030604 | ^ | MEBN | | |

District/off: 0312-1      User: admin      Page 2 of 5

Date Rcvd: Jun 10, 2026      Form ID: pdf901      Total Noticed: 80

| Account | | Notice Method | Party |
|---|---|---|---|
| 521030607 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 10 2026 20:53:15 — CCMUA, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 521030602 | | Email/Text: cfcbackoffice@contfinco.com | Jun 10 2026 20:55:00 — Citizens Bank, N.A., One Citizens Bank Way, Mailstop JCA 115, Johnston, RI 02919 |
| 521030603 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 10 2026 20:56:00 — Build Card, Attn: Bankruptcy Dept, PO Box 9203, Old Bethpage, NY 11804 |
| 521030605 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 10 2026 21:11:29 — Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 521030608 | + | Email/Text: tuscolsup@fisglobal.com | Jun 10 2026 21:11:28 — Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 521030609 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 10 2026 20:57:00 — Complete Payment Recovery Services, Inc., 3500 5th Street, Northport, AL 35476-4723 |
| 521030610 | ^ | MEBN | Jun 10 2026 20:57:55 — Convergent Outsourcing, Inc., 800 SW 39th St., PO Box 9004, Suite 100, Renton, WA 98057-9004 |
| 521030611 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 10 2026 20:54:31 — Cooper University Health Care, ATTN: Patient Billing, PO Box 95000-4345, Philadelphia, PA 19195-4345 |
| 521030616 | | Email/Text: bankruptcycourts@equifax.com | Jun 10 2026 20:57:00 — Credit Collection Services, Attn: Bankruptcy, 725 Canton St., Norwood, MA 02062-2679 |
| 521030614 | | Email/Text: BNCnotices@dcmservices.com | Jun 10 2026 20:56:00 — Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 521030615 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 10 2026 20:56:00 — Emergency Physician Assoc. of S. Jersey, PO Box 1123, Minneapolis, MN 55440-1123 |
| 521030617 | ^ | MEBN | Jun 10 2026 20:57:00 — Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 521030620 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jun 10 2026 20:52:39 — Experian, PO Box 4500, Allen, TX 75013-1311 |
| | | | Jun 10 2026 20:56:00 — Fein, Such, Kahn & Shepard PC, Attn: DAvid J. Levina, Esq., 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 521030621 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 10 2026 21:11:31 — Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 521030623 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2026 20:56:00 — Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521030624 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 10 2026 20:57:00 — Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 521030625 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 10 2026 21:11:56 — Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 521030628 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2026 21:11:45 — LVNV Funding LLC, c/o Resurgent Capital Systems, PO Box 10587, Greenville, SC 29603-0587 |
| 521030629 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2026 21:11:45 — LVNV Funding LLC, Credit One Bank, N.A., 55 Beattie Place, Suite 110, Mail Stop 276, Greenville, SC 29601-5115 |
| 521030630 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2026 21:11:32 — LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 521037399 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2026 21:11:34 — LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521030626 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2026 21:11:45 — LabCorp, PO Box 10587, Greenville, SC 29603-0587 |
| 521200261 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 10 2026 21:11:28 — MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

| | | | |
|---|---|---|---|
| 521081000 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 10 2026 20:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 521030632 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 10 2026 20:57:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 521030633 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 10 2026 20:57:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 521030634 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 10 2026 21:11:28 | Midland Mortgage Co, Attn: Customer ServiceBankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 521030618 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 10 2026 20:55:00 | EZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 521030638 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 10 2026 20:55:00 | NJ E-ZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 521030637 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 10 2026 20:55:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, PO Box 5042, Woodbridge, NJ 07095 |
| 521068517 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 10 2026 20:55:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 521030636 | Email/Text: bankruptcydepartment@tsico.com | Jun 10 2026 20:57:00 | Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 521207702 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2026 21:11:58 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521030641 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2026 21:11:58 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 521030640 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2026 21:11:58 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, NA, PO Box 41067, Norfolk, VA 23541 |
| 521219177 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2026 21:11:31 | Portfolio Recovery Associates, LLC, c/o Mission Lane LLC, POB 41067, Norfolk VA 23541 |
| 521030645 | + Email/Text: signed.order@pfwattorneys.com | Jun 10 2026 20:55:00 | Pressler, Felt & Warshaw LLP, Attn: Rita E Dunleavy, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521030644 | + Email/Text: signed.order@pfwattorneys.com | Jun 10 2026 20:55:00 | Pressler, Felt & Warshaw LLP, Attn: Rita E. Dunleavy, Esq., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521030643 | + Email/Text: signed.order@pfwattorneys.com | Jun 10 2026 20:55:00 | Pressler, Felt & Warshaw LLP, Attn: Theologia Papadelias, Esq., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521030646 | + Email/Text: signed.order@pfwattorneys.com | Jun 10 2026 20:55:00 | Pressler, Felt & Warshaw LLP, xxxx2492, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 521030639 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2026 21:11:34 | Pinnacle Service Solutions Inc., 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 521073790 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jun 10 2026 20:57:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 521030647 | ^ MEBN | Jun 10 2026 20:54:27 | Quality Asset Recovery LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 521030648 | + Email/Text: bnc-quantum@quantum3group.com | Jun 10 2026 20:56:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions, Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 521143881 | Email/Text: bnc-quantum@quantum3group.com | Jun 10 2026 20:56:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |

District/off: 0312-1 · User: admin · Page 4 of 5

Date Rcvd: Jun 10, 2026 · Form ID: pdf901 · Total Noticed: 80

| | | | |
|---|---|---|---|
| 521222615 | ^ MEBN | Jun 10 2026 20:52:12 | REVCO SOLUTIONS INC, PO Box 58, Fort Morgan CO 80701-0058 |
| 521030649 | + Email/Text: clientservices@remexinc.com | Jun 10 2026 20:56:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 521030651 | + Email/Text: RASEBN@raslg.com | Jun 10 2026 20:55:00 | Robertson Anschutz & Schneid, PL, 6409 Congress Ave Suite 100, Boca Raton, FL 33487-2853 |
| 521048930 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 10 2026 20:55:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 521030653 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 10 2026 20:55:00 | State of New Jersey, PO Box 245, Trenton, NJ 08695 |
| 521030654 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 10 2026 20:55:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 521030652 | ^ MEBN | Jun 10 2026 20:54:06 | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 521030657 | + Email/Text: SShiver@winslowtownship.com | Jun 10 2026 20:57:00 | Township of Winslow, Attn: Tax Office, 125 South Route 73, Hammonton, NJ 08037-9422 |
| 521030658 | ^ MEBN | Jun 10 2026 20:52:55 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 521030660 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2026 21:11:45 | Virtua Health, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521030661 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jun 10 2026 21:11:29 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 65

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521061685 | * | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 521030627 | ##+ | Law Office of Simon Goldenberg, PLLC, c/o EZ Payday Loan, 818 East 16th Street, Brooklyn, NY 11230-3010 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2026 · Signature: · /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2026 at the address(es) listed below:**

District/off: 0312-1                          User: admin                                    Page 5 of 5
Date Rcvd: Jun 10, 2026                       Form ID: pdf901                              Total Noticed: 80

| Name | Email Address |
|------|---------------|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Thomas G. Egner | on behalf of Debtor Dawn M. DeLorenzo tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |


TOTAL: 4